UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-3850 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 14, 2026, Minute Order, the Parties conferred and respectfully submit the following joint status report on this Freedom of Information Act ("FOIA") case to update the Court "as to any disputes regarding the searches or scope of the universe of documents at issue."

1. Plaintiff submitted three separate FOIA requests to Defendant's Criminal Division ("CRM"), the Federal Bureau of Investigation ("FBI"), and the Office of Information Policy ("OIP") on August 11, 2025, seeking records regarding Michael James Lindell and investigative documents related to him. ECF No. 1 at 2-4. As previously reported, Plaintiff advised that it was satisfied with the searches conducted. ECF No. 19 ¶ 3.

2. OIP has completed the initial processing of all potentially responsive material identified from its initial search results (approximately 900 pages, after applying the parties' most recent narrowing agreements) and has circulated that material to other Executive Branch entities for consultation, as necessary. OIP will begin issuing rolling responses to Plaintiff as consultations are completed. As previously reported, OIP anticipates issuing its final response and/ or production by the end of May 2027, assuming no consultations remain pending at that time.

3. The FBI has completed the search and scoping process for records responsive to Plaintiff's request. There are approximately 2,400 pages potentially responsive to Plaintiff's request. The FBI completed its first interim production on or about October 9, 2026, and will continue to process and issue interim responses on a monthly rolling basis.

4. CRM has issued two interim responses to Plaintiff. On September 15, 2026, CRM issued its first interim response, in which it reported that it had reviewed 350 pages, and that 201 pages were responsive, and that 188 pages were out on consult. No pages from CRM's first interim response have been released yet. On October 13, 2026, CRM issues its second interim response, in which it reported that it had reviewed an additional 363 pages of potentially responsive records. Of those 348 pages were responsive. Of the responsive pages, 116 pages are out for consultation. The remaining 232 pages are duplicates of records within the pages on consultation. CRM will produce pages to Plaintiff as consultations are completed.

5. CRM has 1,960 pages left to review, and 2,264 potentially responsive pages left to produce. CRM anticipates issuing its final response and/or production by the end of September 2027, assuming no consultations remain pending at that time.

6. The parties will file another joint status report on or before January 12, 2027, and every ninety days thereafter, until Defendant's responses are completed.

Dated: October 13, 2026

Respectfully submitted,

/s/ Christina Bobb
CHRISTINA BOBB
D.C. Bar #900021326
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Danielle D. Peraza
DANIELLE D. PERAZA, D.C. Bar No. 900938597
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530

*Counsel for Plaintiff*

(202) 252-7246

*Attorneys for the United States of America*